IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LYNN R. WOODS GASTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Number CIV-07-1400-C |
| | ) | |
| SEQUOYAH ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OPINION AND ORDER

On February 10, 2009, the Court Clerk entered an award of costs in favor of Defendant. As permitted by Fed. R. Civ. P. 54(d)(1), Plaintiff timely filed an objection to the award. However, Plaintiff's Objection fails to raise any substantive challenge to the costs awarded. Rather, Plaintiff simply reiterates her belief that the Court erred in entering judgment in favor of Defendant. Despite the lack of meaningful objection, the Court has considered the amounts awarded by the Court Clerk and finds them reasonable and proper.

Accordingly, Plaintiff's "Notice of Appeal" (Dkt. No. 70) which is construed as an objection to the cost award is DENIED. The Court Clerk's award of costs in favor of Defendant is affirmed.

IT IS SO ORDERED this 5th day of March, 2009.

ROBIN J. CAUTHRON
United States District Judge